IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL J NABOURS,

    Petitioner,

v.                                                             Civ. 12-426 RB/GBW

CHRISTOPHER BARELA,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITIONS

This matter comes before the Court on Petitioner's Petition for a Writ of Habeas Corpus. *Doc. 1.* On August 16, 2012, the Magistrate Judge issued his first Proposed Findings and Recommended Disposition (PFRD). *Doc. 8.* He recommended dismissal of the Petition because Petitioner has failed to exhaust state review and has not demonstrated that he is excused from the exhaustion requirement. *Id.* The PFRD was twice returned to the Court as undeliverable. *Docs. 9 & 10.* In both cases, the envelope was stamped with the message "No Longer At This Facility." *Id.*

On September 24, 2012, the Magistrate Judge ordered Petitioner to show cause why the Court should not dismiss this action for failure to update his address as required by D.N.M.LR-Civ. 83.6. *Doc. 11.* That order was returned to the Court as undeliverable and, to date, Petitioner has neither updated his address nor otherwise been in contact with the Court. *See doc. 12.*

1

On October 16, 2012, the Magistrate Judge issued his second PFRD, recommending dismissal of this action for failure to comply with D.N.M.LR-Civ. 83.6. *Doc. 13.* That PFRD was also returned to the Court as undeliverable. *Doc. 14.*

Petitioner has not filed objections to either of the Magistrate Judge's PFRDs, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations. Therefore, I ADOPT both the Magistrate Judge's first and second PFRDs, *docs. 8 & 13*, and DISMISS Petitioner's Petition for Writ of Habeas Corpus, *doc. 1*, without prejudice.

*[signature: Robert Brack]*

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE